*Engelmayer, P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., JOHN WILEY : 
& SONS, INC., CENGAGE LEARNING, INC.
AND MCGRAW-HILL GLOBAL EDUCATION   :
HOLDINGS, LLC,
                                    :
                Plaintiffs,
                                    :
     -against-                        12 Civ. 8674 (PAE)
                                    :
JUAN F. BERLANGA AND JUAN M.          ECF CASE
BERLANGA,                           :

                Defendants.         :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2014

PERMANENT INJUNCTION AND ORDER BY CONSENT

IT IS HEREBY STIPULATED and agreed by and between the parties, conditional upon the approval of the Court, that it is

ORDERED AND DECREED that defendants Juan F. Berlanga and Juan M. Berlanga (collectively the "Defendants") and their agents, servants, and employees, and all those acting in concert with them, if any, are hereby PERMANENTLY ENJOINED from infringing any copyrights of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning, Inc., and McGraw-Hill Global Education Holdings, LLC (collectively the "Publishers") in violation of 17 U.S.C. § 501, through the sale of any instructors' solutions manuals; and it is further

ORDERED and DECREED that, except as set forth herein and in the settlement agreement which is being executed

contemporaneously herewith, the Publishers release any and all of their claims against the Defendants as of the date of execution of the consent to this permanent injunction and order, and the Defendants release any and all of their claims, if any, against the Publishers, except nothing in this order shall be considered an adjudication of any claims the parties may have for failure to comply with this permanent injunction and order, or a breach of the settlement agreement, which is being executed contemporaneously; and it is further

ORDERED and DECREED that claims of the Publishers in this action against Defendants be, and hereby are, dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this permanent injunction and order.

Dated:  New York, New York
        Jan 2, 2014

_____
Paul A. Engelmayer
U.S.D.J.



Consent to Entry

The parties hereby consent to the entry of the foregoing permanent injunction and order.

Dated: New York, New York
       December 31, 2013

DUNNEGAN & SCILEPPI LLC

By /s/ Ben Liebowitz
Laura Scileppi (LS0114)
ls@dunnegan.com
Benjamin Liebowitz (BL1723)
bl@dunnegan.com
Attorneys for Plaintiffs
  Pearson Education, Inc.
  John Wiley & Sons, Inc.
  Cengage Learning, Inc.
  McGraw-Hill Global Ed.
    Holdings, LLC
350 Fifth Avenue
New York, New York 10118
(212) 332-8300


MALONEY & ASSOCIATES LLC

By /s/
Michael P. Maloney
michael@mpmaloneylaw.com
Attorney for Defendant
  Juan F. Berlanga
184 North Main Street
Attleboro, MA 02703
(917) 699-0311

_____
Juan M. Berlanga, pro se
[Michael, please insert information here]



SUBSCRIBED AND SWORN BEFORE ME
THIS 18th DAY OF December 2013

_____
NOTARY PUBLIC